No. 99–1277. PHILIP MORRIS INC. ET AL. *v.* ENGLE ET AL. Dist. Ct. App. Fla., 3d Dist. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–1533. M. C. PRODUCTS ET AL. *v.* AT&T CORP.; and AUDIO ENTERTAINMENT NETWORK, INC., ET AL. *v.* AT&T CORP. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. Reported below: 205 F. 3d 1351 (first judgment) and 1350 (second judgment).

No. 99–1534. RAY ET AL. *v.* IWANSKI, PERSONAL ADMINISTRA-TOR OF THE ESTATE OF IWANSKI, DECEASED. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1565. AMERICAN AIRLINES, INC. *v.* CRUZ, FOR HER-SELF AND AS REPRESENTATIVE OF CRUZ AND RODRIGUEZ, MI-NORS, ET AL. C. A. D. C. Cir. Motion of Air Transport Association of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.